plaintiff failed to show that he was free from contributory negligence, and the motion for the direction of a verdict for the defendant should have been granted. Order modified in 147 N. Y. Supp. 1106.

CURRO, Respondent, v. NEW YORK, O. & W. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Motion granted, amending order of reversal entered the 11th day of March, 1914 (147 N. Y. Supp. 1105), so as to provide for the granting of a new trial, instead of judgment dismissing the complaint. Rehearing denied 147 N. Y. Supp. 1106.

CURRO, Respondent, v. NEW YORK, O. & W. R. Co., Appellant, (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1105, 1106.

CURTIS v. CURTIS et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Catherine Curtis against Walter Curtis and Lillian Caro. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

CUSHMAN, Respondent, v. COOK et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Joseph G. Cushman against George D. Cook and others. C. W. Jewell, of New York City, for appellants. S. M. Kohn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 159 App. Div. 909, 144 N. Y. Supp. 1111.

DASHBY, Appellant, v. DASHBY, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Lillian Dashby against Herbert Dashby. No opinion. Motion denied, on condition that plaintiff perfect her appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, without costs.

DAUER, Respondent, v. DUNCAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by John M. Dauer against William J. Duncan and Earl J. Helmick. No opinion. Judgment affirmed, with costs.

DAVID P. LEAHY REALTY CO. v. WEST et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by the David P. Leahy Realty Company against Augustus A. West and another. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS v. LEVERING. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by William H. Davis against Richmond Levering. M. G. Holstein, of New York City, for plaintiff. T. A. Eager, of New York City, for defendant. No opinion. Order affirmed, without costs. Order filed.

DAVIS v. McMAHON et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Annie Davis against Cecil H. McMahon, as executor, etc., and others. No opinion. Motion granted. Order filed. See, also, 161 App. Div. 458, 146 N. Y. Supp. 657.

DEAN et al., Respondents, v. McMULLIN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Barnabas A. Dean and another against Fred S. McMullin, impleaded with others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held that, the amount of the claim being disputed by plaintiffs they were not entitled to an order of interpleader. Baltimore & Ohio R. R. Co. v. Arthur, 90 N. Y. 234. The amendment to the Code of Civil Procedure by chapter 285 of the Laws of 1908, adding section 820a, did not change the rule of law in that respect.

DE CILLIS, Respondent, v. MASCELLI, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Paul De Cillis against Maria H. Mascelli, individually and as executrix, etc. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 App. Div. 304, 136 N. Y. Supp. 573.

DEEGAN, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by John E. Deegan, an infant, etc., against Homer C. Newton. No opinion. Motion to dismiss appeal denied, without costs, without prejudice, however, to a renewal thereof in the event the appeal is not speedily prosecuted.

DEITCH, Appellant, v. DEITCH, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Ida Deitch against Philip Deitch. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified. For former opinion, see 146 N. Y. Supp. 1019.

DE KLEINWASCHTER, Respondent, v. McDERMOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Louis De Kleinwaschter, as administrator, etc., of Ignatz Maczak, deceased, against one McDermott and another. No opinion. Order affirmed, costs to abide the event.

DE LAGOTELLERIE, Respondent, v. AUTOMOBILE TIRE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by one De Lagotellerie